# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN PUNSHI and DEVIKA RANI KAPUR,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; ALBERTO GONZALES, United States Attorney General; MICHAEL CHERTOFF, Secretary, Department of Homeland Security,<br><br>                   Defendants. | CASE NO. 07 CV 0485 JM (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING ANSWER** |

Having considered the parties' Joint Motion to Extend Time to File Responsive Pleading and finding the joint motion meritorious, the court **GRANTS** the motion and **ORDERS** that Defendants shall respond to the complaint on or before **January 14, 2008**.

    **IT IS SO ORDERED.**

DATED:  December 26, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties

- 1 -

07cv0485