# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARJUN PUNSHI and DEVIKA RANI KAPUR,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>EMILIO GONZALEZ, Director of the U.S. Citizenship and Immigration Services; ALBERTO GONZALES, United States Attorney General; MICHAEL CHERTOFF, Secretary, Department of Homeland Security,<br><br>　　　　　　Defendants. | CASE NO. 07 CV 0485 JM (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS COMPLAINT AS MOOT** |

Having considered the parties' joint motion to dismiss the complaint as moot pursuant to Fed. R. Civ. P. 41(a)(1), and finding the joint motion meritorious, the court hereby **GRANTS** the motion and **DISMISSES** Plaintiffs' complaint without prejudice. The Clerk of the Court is instructed to terminate this action.

**IT IS SO ORDERED.**

DATED: January 23, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:　　　All parties

- 1 -

07cv0485